NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK MORENO, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7149

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0279, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

The court interprets Frank Moreno, Jr.'s July 31, 2012 submission as a request for an extension of time to file his informal brief in appeal no. 2012-7149.

Moreno also inquires as to the status of an appeal from the United States Court of Appeals for Veterans Claims, case no. 10-1314. This court has not received transmission of a notice of appeal in that case.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.  Moreno's informal brief is due no later than 60 days from the date of this order.

FOR THE COURT

<u>AUG 29 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Frank Moreno, Jr. (Informal Brief Form Enclosed)
J. Hunter Bennett, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 9 2012

JAN HORBALY
CLERK